BRANDON M. TESSER (SBN 168476)
btesser@trgllp.com
BRIAN M. GROSSMAN (SBN 166681)
bgrossman@trgllp.com
TESSER RUTTENBERG & GROSSMAN LLP
12100 Wilshire Blvd., Suite 220
Los Angeles, CA 90025
Tel: (310) 207-4022
Fax: (310) 207-4033

Attorneys for Plaintiff and Counterdefendant
JNK ENTERTAINMENT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JNK ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SP SALES AND DISTRIBUTION, LLC, a California limited liability company; SP SALES WORLDWIDE, LLC, a California limited liability company; CRYSTAL SKY WORLDWIDE SALES, LLC, a California limited liability company; SP's CRYSTAL EDGE, LLC, a California limited liability company; SP DISTRIBUTION, LLC, a California limited liability company; STEVEN PAUL, an individual; ANDERSON DIGITAL, LLC, a Delaware limited liability company; ANCONNECT, LLC, a Texas limited liability company,<br><br>Defendants.<br><br>---<br><br>SP SALES AND DISTRIBUTION, LLC, a California Limited Liability Company,<br><br>Counterclaimant,<br><br>vs.<br><br>JNK ENTERTAINMENT, LLC, a | Case No. 2:15-cv-01908-RGK-FFMx<br><br>**NOTICE OF SETTLEMENT**<br><br>Disc. Cut-Off: February 11, 2016<br>Pre-Trial Conf.: April 25, 2016<br>Trial Date: May 10, 2016 |

Delaware Limited Liability Company; JOHN KAPOOR, an individual; ANDRE GUZMAN, an individual,

Counterclaim Defendants.

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled in its entirety, including all Counterclaims, and to request 30 days within which to file a stipulation and order for dismissal**.**

Based on the foregoing, the parties also request that the trial and pre-trial conference dates be vacated.

**Respectfully submitted.**

Dated: March 21, 2016

TESSER RUTTENBERG & GROSSMAN LLP

By: /s/ *Brandon M. Tesser*
BRANDON M. TESSER
Attorneys for JNK Entertainment, LLC

Dated: March 21, 2016

THE LEICHTER FIRM

By: /s/ *Kevin J. Leichter*
KEVIN J. LEICHTER
Attorneys for SP Sales & Distribution, LLC, SP Sales Worldwide, LLC, Crystal Sky Worldwide Sales, LLC, SP's Crystal Edge, LLC, SP Distribution, LLC, and Steven Paul

Dated: March 21, 2016 WEINTRAUB TROBIN

By: /s/ *David R. Gabor*
DAVID R. GABOR
Attorneys for ANDERSON DIGITAL, LLC and ANCONNECT, LLC

**ECF SIGNATURE ATTESTATION**

All other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 21, 2016 TESSER RUTTENBERG & GROSSMAN LLP

By: /s/ *Brandon M. Tesser*
BRANDON M. TESSER
Attorneys for JNK Entertainment, LLC