BRANDON M. TESSER (SBN 168476)
btesser@trgllp.com
BRIAN M. GROSSMAN (SBN 166681)
bgrossman@trgllp.com
TESSER RUTTENBERG & GROSSMAN LLP
12100 Wilshire Blvd., Suite 220
Los Angeles, CA 90025
Tel:   (310) 207-4022
Fax:   (310) 207-4033

JS - 6

Attorneys for Plaintiff and Counterdefendant
JNK ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JNK ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>SP SALES AND DISTRIBUTION, LLC, a California limited liability company; SP SALES WORLDWIDE, LLC, a California limited liability company; CRYSTAL SKY WORLDWIDE SALES, LLC, a California limited liability company; SP's CRYSTAL EDGE, LLC, a California limited liability company; SP DISTRIBUTION, LLC, a California limited liability company; STEVEN PAUL, an individual; ANDERSON DIGITAL, LLC, a Delaware limited liability company; ANCONNECT, LLC, a Texas limited liability company,<br><br>    Defendants. | Case No. 2:15-cv-01908-RGK-FFMx<br><br>**[Proposed] ORDER RE: DISMISSAL**<br><br>Disc. Cut-Off:   February 11, 2016<br>Pre-Trial Conf.:  April 25, 2016<br>Trial Date:      May 10, 2016 |
| SP SALES AND DISTRIBUTION, LLC, a California Limited Liability Company,<br><br>    Counterclaimant,<br><br>vs.<br><br>JNK ENTERTAINMENT, LLC, a | |

-1-

**[Proposed] ORDER RE: DISMISSAL**

| | |
|---|---|
| 1 | Delaware Limited Liability Company; ) |
| 2 | JOHN KAPOOR, an individual; ANDRE ) GUZMAN, an individual, ) |
| 3 | ) Counterclaim Defendants. ) |
| 4 | _____ ) |

**IT IS HEREBY ORDERED:**

1. The parties are obligated to comply with the terms of their settlement agreement entered into on March 3, 2016, the material terms of which are set forth in the accompanying stipulation filed by the parties;

2. By consent of the parties, the Court shall retain jurisdiction pursuant to Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375, 381-382 (1994) for the purpose of enforcing the terms of the settlement agreement through June 24, 2016;

3. Except as provided for, in paragraphs 1 and 2 above, this case is dismissed in its entirety, with prejudice, as to all parties, all claims, and all counterclaims, and each party shall bear its own attorney's fees and costs.

Dated: April 25, 2016

_____
HON. R. GARY KLAUSNER
U.S. District Court Judge

-2-
**[Proposed] ORDER RE: DISMISSAL**