BRANDON M. TESSER (SBN 168476)
btesser@trgllp.com
BRIAN GROSSMAN (SBN 166681)
bgrossman @trgllp.com
TESSER RUTTENBERG & GROSSMAN LLP
12100 Wilshire Blvd., Suite 220
Los Angeles, CA 90025
Tel: (310) 207-4022
Fax: (310) 207-4033

Attorneys for Plaintiff and Counterclaim Defendant
JNK ENTERTAINMENT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JNK ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SP SALES AND ENTERTAINMENT, LLC, a California limited liability company; SP SALES WORLDWIDE, LLC, a California limited liability company; CRYSTAL SKY WORLDWIDE SALES, LLC, a California limited liability company; SP's CRYSTAL EDGE, LLC, A California limited liability company; and STEVEN PAUL, an individual,<br><br>Defendants.<br><br>SP SALES AND DISTRIBUTION, LLC, A California Limited Liability Company,<br><br>Counterclaimant,<br><br>vs.<br><br>JNK ENTERTAINMENT, LLC, a Delaware Limited Liability Company, JOHN KAPOOR, an individual; ANDRE GUZMAN, an individual,<br><br>Counterclaim Defendants. | Case No. 2:15-cv-01908-RGK-FFMx<br><br>**ORDER RE: EX PARTE APPLICATION FOR AN ORDER: (1) EXTENDING THE COURT'S JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT; OR (2) SHORTENING TIME FOR HEARING OF PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**<br><br>NOTE: CHANGES MADE BY THE COURT |

**IT IS HEREBY ORDERED:**

Plaintiff JNK ENTERTAINMENT, LLC's ex parte application is granted.

The Court shall continue to retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through September 22, 2016.

~~**[OR]**~~

~~The Court shall shorten the time for hearing of plaintiff's motion to enforce the settlement agreement. Any Opposition to the motion shall be filed on or before ______________________. Any reply in support of the motion shall be filed on or before ______________________. The hearing on the motion shall be held on ______________________ at _______________.~~

DATED: June 27, 2016

Hon. R. Gary Klausner
United States District Judge